142 So. 924

## Lee PINION v. STATE.
### 8 Div. 546.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

---

143 So. 927

## Hubert, alias Herbert, PIPER and George Brownhart v. STATE.
### I Div. 65.

Court of Appeals of Alabama.
Aug. 11, 1932.

PER CURIAM.
Appeal dismissed by appellants.

---

143 So. 927

## Hubert, alias Herbert, PIPER and George Brownhart v. STATE.
### I Div. 64.

Court of Appeals of Alabama.
Aug. 11, 1932.

PER CURIAM.
Appeal dismissed by appellants.

---

141 So. 925

## R. L. PIPPIN v. STATE.
### 6 Div. 148.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

---

143 So. 927

## Arthur PITTMAN v. STATE.
### 4 Div. 919.

Court of Appeals of Alabama.
Aug. 8, 1932.

PER CURIAM.
Appeal dismissed by appellant.

---

150 So. 926

## Ruby J. PITTMAN v. STATE.
### 4 Div. 8.

Court of Appeals of Alabama.
May 9, 1933.

Rehearing Denied June 30, 1933.

J. L. Giddens, of Troy, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.